Dismissed and Memorandum Opinion filed August 19, 2004









Dismissed and Memorandum Opinion filed August 19,
2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01212-CV

____________

 

ROOSEVELT C. THOMAS,
Appellant

 

V.

 

OLYMPUS/NELSON PROPERTY MANAGEMENT
D/B/A WEYRICH REAL ESTATE, INC., Appellee

 



 

On Appeal from the
269th District Court

 Harris County, Texas

Trial Court Cause
No. 01‑25314

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 30, 2002.

On May 27, 2004, this Court issued an opinion and a judgment
affirming in part and reversing and remanding in part.  Appellant filed a motion for rehearing and
appellee filed a motion for rehearing en banc, which are both pending.  On August 6, 2004, the parties filed a joint
motion to dismiss the appeal in order to effectuate a compromise and settlement
agreement.  See Tex. R. App. P. 42.1.  The motion is granted.








In granting the parties= motion to dismiss, this
Court does not withdraw its opinion 
dated May 27, 2004.  See Tex. R. App. P. 42.1(c).

Further, the Court overrules as moot appellant=s motion for rehearing and appellee=s motion for rehearing en banc.  

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 19, 2004.

Panel consists of Justices
Edelman, Frost, and Guzman.